# CASE ANNOUNCEMENTS

*April 13, 2011*

[Cite as *04/13/2011 Case Announcements*, 2011-Ohio-1771.]

## MOTION AND PROCEDURAL RULINGS

2010-0943. State ex rel. N. Ohio Chapter of Associated Builders & Contrs., Inc. v. Barberton City Schools Bd. of Edn.
Summit App. No. 24898, 188 Ohio App.3d 395, 2010-Ohio-1826. This cause is pending before the court as an appeal from the Court of Appeals for Summit County.

Upon consideration of the Ohio School Facilities Commission's emergency motion to dismiss and the Barberton City Schools Board of Education's emergency motion to dismiss, it is ordered by the court

that the motions are denied.

PFEIFER, CUPP, and McGEE BROWN, JJ., dissent.